UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61879-CIV-DIMITROULEAS/ROSENBAUM

WARD WRANGEN and
ELYSE WRANGEN,

       Plaintiffs,

v.

PENNSYLVANIA LUMBERMANS
MUTUAL INSURANCE COMPANY,

       Defendants.
_____/

## ORDER

This matter comes before the Court upon Defendant Pennsylvania Lumbermens Mutual Insurance Company's[1] Motion for Order Allowing Plaintiff Ward Wrangen's Independent Medical Examination and Motion to Expedite Briefing Schedule. [D.E. 70]. In its Motion Defendant requests an expedited briefing schedule, so if the Court grants its Motion for IME, the IME may be conducted on January 19, 20, or 23, 2008 – time that has apparently been set aside by Dr. McCluskey, the physician selected by Defendant to perform any IME authorized by the Court. The Court notes that while Defendant requests an expedited briefing schedule, Defendant appears to have attempted to schedule any IME that it seeks for the Court to authorize far enough in advance as not to require significant expediting to resolve the issue early enough to allow for the IME to proceed as set, if the Court grants Defendant's Motion. Under these circumstances, the Court finds good

---

[1] Although Defendant is sued as "Pennsylvania Lumbermans Mutual Insurance Company," the correct spelling of Defendant's name is "Pennsylvania Lumbermens Insurance Company."

cause to expedite the briefing schedule slightly, and, therefore, will **GRANT** Defendant's Motion to Expedite Briefing Schedule.

Plaintiff's response to Defendant's Motion for IME shall be filed with the Court by **January 8, 2009.** Defendant's reply brief, should it choose to file one, shall be filed with the Court by **January 12, 2009.** The Court defers ruling on Defendant's Motion for IME until it is fully briefed.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 26th day of December, 2009.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc: Hon. William P. Dimitrouleas
Counsel of Record