UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61879-DIMITROULEAS/ROSENBAUM

WARD WRANGEN and ELYSE WRANGEN,
        Plaintiff,

v.

PENNSYLVANIA LUMBERMANS MUTUAL
INSURANCE COMPANY,
        Defendant.
_____/

## ORDER

This matter comes before the Court upon the Joint Motion of Josh Kessler and Plaintiffs for Protective Order [D.E. 94]. Kessler and Plaintiffs state that Defendant Pennsylvania Lumbermens Mutual Insurance Company[1] has scheduled the deposition of Kessler to take place on January 23, 2009. As following the briefing schedule set forth under the Local Rules of this Court would result in the Motion's ripeness only substantially after the scheduled deposition, the Court finds good cause to expedite the briefing on this matter. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant shall either file its response to Kessler and Plaintiffs' Joint Motion [D.E. 94] by **4:00 p.m., today, Thursday, January 22, 2009,** or if Defendant feels that that time frame does not provide a sufficient period for its response, Defendant may instead choose to delay the Kessler deposition until after Tuesday of next week and file its response to Kessler and Plaintiffs' Joint

---

[1] Plaintiffs erroneously sued Defendant Pennsylvania Lumbermens Mutual Insurance Company as "Pennsylvania Lumbermans Mutual Insurance Company."

Motion by **5:00 p.m., Monday, January 26, 2009.**

**DONE AND ORDERED** this 22nd day of January, 2009.

                                                                                 ROBIN S. ROSENBAUM
                                                                                 UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
        Counsel of Record